IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | FILED: AUGUST 15, 2008 |
| JOHN J. CRESTO | ) | 08CV4671 |
| and MARY D. CRESTO, | ) | |
| | ) | JUDGE MANNING |
| Defendants. | ) | MAGISTRATE JUDGE SCHENKIER |
| | | JH |

<u>COMPLAINT</u>

Plaintiff, the United States of America, by its attorney, pursuant to Internal Revenue Code (26 U.S.C.) sections 7401 and 7403, at the direction of the Attorney General of the United States and with the authorization and sanction of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, brings this civil action to collect certain unpaid federal tax liabilities assessed against John and Mary Cresto, and for its complaint states and alleges as follows:

1.   This Court has jurisdiction over the instant action pursuant to section 7402 of the Internal Revenue Code of 1986, and 28 U.S.C. sections 1340 and 1345.

2.   Defendants John and Mary Cresto reside at 3016 Bennett Drive, Plainfield, Illinois 60544, within the jurisdiction of this Court.

3.   A delegate of the Secretary of the Treasury made income tax assessments against John and Mary Cresto for the tax years

1999, 2000, and 2002 to 2006, inclusive, for which the following

amounts, plus interest accruing after June 10, 2008, and any

other statutory accruals after June 10, 2008, remain due:

| Type of Tax | Tax Period | Assessment Date | Assessed Amount ($) | Total Amount Due as of June 10, 2008 ($) |
|---|---|---|---|---|
| 1040 | 1999 | 4/22/2002 | 42,960.00 | 67,398.77 |
| 1040 | 2000 | 11/26/2001 | 62,710.42 | 67,627.04 |
| 1040 | 2002 | 05/26/2003 | 55,951.00 | 13,472.45 |
| 1040 | 2003 | 09/27/2004 | 24,888.00 | 575.65 |
| 1040 | 2004 | 11/21/2005 | 22,451.00 | 27,570.01 |
| 1040 | 2005 | 11/20/2006 | 13,267.29 | 14,485.03 |
| 1040 | 2006 | 11/05/2007 | 3,956.00 | 3,049.06 |

    4.    On or about the date of each assessment described in

paragraph 3, a delegate of the Secretary of the Treasury of the

United States of America gave notice of the assessment to, and

made a demand for payment upon, defendants John and Mary Cresto.

    5.    Defendants John and Mary Cresto have failed, neglected,

or refused to pay in full their federal income tax liabilities

for the tax years 1999, 2000, and 2002 to 2006, inclusive, and

they remain indebted to the United States of America for unpaid

assessed federal income taxes, including interest and penalties,

in the amount of $194,178.01, plus interest and other additional

amounts that may have accrued after June 10, 2008, and continue

to accrue as provided by law.

    WHEREFORE, the United States demands judgment:

    A.    in favor of the United States and against the

defendants John and Mary Cresto in the amount of $194,178.01, as of June 10, 2008, plus statutory interest and statutory additions as provided by law;

     B.   granting to the United States recovery from the defendants of a surcharge of 10 percent of the amount of each debt, under 28 U.S.C. § 3011, in the event the United States employs either a pre-judgment or post-judgment remedy as provided in Title 28 (28 U.S.C.) Chapter 176, Subchapters B and C; and

     C.   granting such other and further relief as the Court deems just and proper, including, but not limited to, the United States' costs.

PATRICK FITZGERALD
United States Attorney


August 15, 2008          S/ Barry E. Reiferson
Washington, D.C.      BARRY E. REIFERSON
                       Trial Attorney, Tax Division
                       U.S. Department of Justice
                       P.O. Box 55
                       Ben Franklin Station
                       Washington, D.C. 20044
                       Telephone: (202) 514-6058