**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

UNITED STATES OF AMERICA v. JOHN J. CRESTO and MARY D. CRESTO

Case Number:
FILED: AUGUST 15, 2008
08CV4671
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States of America

| | |
|---|---|
| NAME (Type or print) | |
| Barry E. Reiferson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Barry E. Reiferson | |
| FIRM | |
| US Department of Justice, Tax Division | |
| STREET ADDRESS | |
| P.O. Box 55 | |
| CITY/STATE/ZIP | |
| Washington, DC 20044 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | 202-514-6058 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |